FILE COPY

No. 07-14-00430-CR

| In re Hector Madrid, Relator | § | Original Proceeding |
|---|---|---|
| | § | |
| | § | January 6, 2015 |
| | § | |
| | § | Opinion Per Curiam |
| | § | |

## **J U D G M E N T**

Pursuant to the opinion of this Court dated January 6, 2015, it is ordered, adjudged and decreed that relator's petition for writ of habeas corpus is hereby dismissed.

o O o